**Krista DANDRIDGE-BARNETT,**
**Plaintiff-Appellant,**

v.

**BARNES AND NOBLE, INC.,**
**Defendant-Appellee.**

**No. 15-55994**

United States Court of Appeals,
Ninth Circuit.

Submitted November 16, 2016 *

Filed November 23, 2016

Krista Dandridge-Barnett, Pro Se, Temecula, CA, for Plaintiff-Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Dana Michele Ulise, Clinton & Clinton, Long Beach, CA, for Defendant-Appellee.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Krista Dandridge-Barnett appeals pro se from the district court's judgment dismissing for failure to prosecute her action alleging federal and state law claims arising from an incident at a Barnes and Nobles store. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1063 (9th Cir. 2004). We affirm.

Because the records shows that Dandridge-Barnett stood on her complaint, the district court abused its discretion in converting the Fed. R. Civ. P. 12(b)(6) dismissal of Dandridge-Barnett's claims into a Fed. R. Civ. P. 41(b) sanction. *See id.* at 1064–65 (dismissal under Rule 41(b) is not appropriate where the plaintiff makes an affirmative choice not to amend the complaint).

Nevertheless, dismissal of Dandridge-Barnett's federal claims was proper because Dandridge-Barnett failed to allege facts sufficient to state any plausible claims. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009); *see also Lindsey v. SLT Los Angeles, LLC*, 447 F.3d 1138, 1144–45 (2006) (setting forth elements of a § 1981 racial discrimination claim); *Sever v. Alaska Pulp Corp.*, 978 F.2d 1529, 1536 (9th Cir. 1992) (setting forth elements of a § 1985(3) conspiracy claim); *Trerice v. Pedersen*, 769 F.2d 1398, 1403 (9th Cir. 1985) (a cause of

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

action is not provided under 42 U.S.C. § 1986 absent a valid claim for relief under § 1985).

The district court did not abuse its discretion in declining to exercise supplemental jurisdiction over Dandridge-Barnett's state law claims after dismissing her federal claims. *See* 28 U.S.C. § 1367(c)(3); *San Pedro Hotel Co., Inc. v. City of Los Angeles,* 159 F.3d 470, 478 (9th Cir. 1998) (standard of review).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.